Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Judgment Creditor CapitalSource Finance LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAPITALSOURCE FINANCE LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREG GALLETLY and BRAD BARNES,<br><br>Defendants. | Case No. 2:09-mc-00268-UA<br><br>~~[PROPOSED]~~ **RENEWAL OF JUDGMENT**<br><br>Registered Judgment Entered: October 7, 2009 |

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

In this case an Application for Renewal of Judgment ("Application") has been filed. The Judgment registered on October 2, 2009 and entered on October 7, 2009, is hereby renewed and entered in favor of Plaintiff and Judgment Creditor CAPITALSOURCE FINANCE LLC and against Defendants and Judgment Debtors BRAD BARNES and GREG GALLETLY, jointly and severally, for the amount shown in the Application remaining unpaid $4,670,830.82, together with interest on the Judgment in the sum of $205,261.05, for a total amount of $4,876,091.87 on said Judgment.

As specified in the Application, the following Abstracts of Judgment were previously issued and recorded:

As to Defendant and Judgment Debtor Brad Barnes Only

Recorded:

(1) Date: December 16, 2009

(2) County: Los Angeles

(3) Instrument No.: 20091913207

(1) Date: December 17, 2009

(2) County: San Bernardino

(3) Instrument No.: 2009-0560342

(1) Date: January 4, 2010

(2) County: Orange

(3) Instrument No.:2010000000556

(1) Date: January 22, 2010

(2) County: Ventura

(3) Instrument No.: 20100122-00009688-0 ½

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

As to Defendant and Judgment Debtor Greg Galletly Only

Recorded:

(1) Date: December 16, 2009

(2) County: Los Angeles

(3) Instrument No.: 20091913190

(1) Date: December 17, 2009

(2) County: San Bernardino

(3) Instrument No.: 2009-0560341

(1) Date: January 4, 2010

(2) County: Orange

(3) Instrument No.: 2010000000555

(1) Date: January 22, 2010

(2) County: Ventura

(3) Instrument No.: 20100122-00009687-0 ½

Dated: 05/21/2019

B. Moss, Deputy Clerk,
United States District Court